UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------------------------------------

**CASSETICA SOFTWARE, INC.**

                Plaintiff,

  -against-

**3M COMPANY**,

               Defendants.

------------------------------------------------------------

**COMPLAINT**

Civil Action No.
FILED: JANUARY 2, 2009
09 CV 02
JUDGE GOTTSCHALL
MAGISTRATE JUDGE MASON
JH

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, CASSETICA SOFTWARE, INC.**,** (hereinafter "Plaintiff"), by their attorneys,

LONSTEIN LAW OFFICE, P.C. complaining of the defendants herein respectfully sets forth and

alleges, upon information and belief, as follows:

### JURISDICTION AND VENUE

1. This is a civil action seeking damages for copyright infringement under the copyright laws

of the United States (17 U.S.C. § 101 et seq.). Additionally, Plaintiff's fourth cause of action arises

under Computer Fraud and Abuse Act, 18 U.S.C. section 1030 et seq., and this Court has subject

matter jurisdiction over this action pursuant to 18 U.S.C. section 1030(g) and 28 U.S.C. section

1331.

2. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal

question); and 28 U.S.C. § 1338(a)(copyright) and the state law claims pursuant to 28 U.S.C. §§

1338(b) and 1367(a).

3. This Court has personal jurisdiction over each of the parties including the Defendant, and

venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that Defendant's place of business is in this District, and the acts of infringement complained of herein occurred in this District.

## PARTIES

4. Plaintiff Cassetica Software Inc. is a corporation duly organized and existing under the laws of the State of Illinois, with its principal place of business in the State of Illinois.

5. Plaintiff is in the business of creating and developing software products and selling the license and rights of said products to computer users.

6. Defendant 3M Company (hereinafter "Defendant") is a Corporation organized and existing under the laws of Delaware, with its principal place of business in the State of Minnesota.

7. Upon information and belief, Defendant is produces products such products, such as adhesives, abrasives, laminates, passive fire protection, dental products, electrical materials, electronic circuits, and optical films.

8. Upon information and belief, Defendant uses an extensive computer network in its normal course of business.

## BACKGROUND OF INFRINGEMENT

9. Over a ten year period, Plaintiff designed and implemented a computer program that streamlines and enhances the "Lotus Notes" software program for computer users. "Lotus Notes" is a communication software program, created by IBM, where a user, such as a business and its workers, develop communications and database oriented applications so that users at different geographic locations can share files with each other, comment on them publicly or privately (to groups with special access), keep track of development schedules, work projects, and many other

-2-

documents, including multimedia files. Notes keeps track of changes and makes updates to replications of all databases in use at any site.

10. When the "Lotus Notes" program "crashes"(when an application performs an illegal operation and the operating system, such as Microsoft Windows, is forced to abort the execution of the application), the computer must be rebooted, or restarted, which requires that all programs being used at the time be shut down or terminated. Such a process can be time consuming and onerous, leading to loss of productivity at the work place.

11. To address the problems associated with "Lotus Notes" crashing, Plaintiff has created and developed a software program named "NotesMedic™". Plaintiff authored and developed the NotesMedic™ software program, including the source code (Code written in a high-level language and readable by people but not computers. Source code must be converted to object code or "machine language" before a computer can read or execute the program.)

12. Additionally, NotesMedic™ allows a user to: Specify the path to the notes.exe program for users who are restricted from the registry; Add new programs in the launch window, so you can launch the Administrator and Designer clients; Install the program on computers with multiple versions of Lotus Notes installed; Clean a crash and restart without a notification.

13. Plaintiff has released several versions of its software since 2000.

14. Plaintiff's software, NotesMedic™, contain a large amount of material wholly original with Cassetica and are copyrightable subject matter under the laws of the United States.

15. NotesMedic™ is worth millions of dollars, and constitutes Cassetica's most valuable asset.

16. Cassetica has obtained a Certificate of Registration for its copyright interest in

-3-

NotesMedic™. A true and correct copy of the Certificates of Registration is attached hereto as Exhibit "A".

17. As a copyright holder of NotesMedic™, Plaintiff has exclusive rights in NotesMedic™, including the right to distribute and licence out said software program.

## COUNT I STATUTORY COPYRIGHT INFRINGEMENT

18. Plaintiff maintains a website, www.casseticasoftware.com, through which it markets its software.

19. Potential users have the option of downloading a copy of NotesMedic™ software program through Plaintiff's website. A potential user has three options in downloading the NotesMedic™ software program. A "home user" may download and use the NotesMedic™ software program for free for personal use if it agrees to the Single User License Agreement.

20. Cassetica's free Single User License Agreement restricts the use of NotesMedic™ to homer users and/or "one user per company" and the "use or installation of the software by more than one employee per company, is strictly prohibited by this agreement and United States copyright law."

21. A commercial establishment may download and use the NotesMedic™ software program if it purchases an Enterprise licence (priced at $9,999). The "Enterprise License Agreement" grants a nonexclusive, nontransferable license to download and use the Software, specifically excluding any upgrades that Cassetica may develop, exclusively for all employees within the same legal corporate entity.

22. A commercial establishment may also purchase the "Global License Agreement." The Global License grants a nonexclusive, nontransferable license to download and use the Software, specifically excluding any upgrades that Cassetica may develop, for all employees of a parent, sister,

or subsidiary company or corporation.

23. In addition, Plaintiff sells a "maintenance package," which entitles a user to technical support and free upgrades to the program for an annual fee. See license agreements and maintenance package attached hereto and made a part hereof as Exhibit "B".

24. In order to download NotesMedic™, a potential user must choose which license is appropriate.

25. After choosing a license, and clicking on a "check out" tab, a user is then asked to register in order to continue. In order to continue, a user must check that they have read the privacy notice which contains permitted use of the product for the selected license.

26. Next, the user is asked to checkout of the site. This allows the user to enter payment information if needed. The user is asked to indicate that they have read the Terms and Conditions of the site, which again asks if the user has read the licensing agreement. If the user indicates "no," the user cannot continue. If the user indicates that they have read the terms and conditions and the licensing agreement, the user is allowed to download the product.

27. After the user has downloaded the product, Cassetica is provided with the user's IP address at the time of registration and Cassetica can tell if the user was on a corporate network or a home computer.

28. In order to download NotesMedic™, a user must fill out billing information and agree to the applicable licencing agreement.

29. Upon information and belief, with full knowledge that the NotesMedic™ software program can only be used by a commercial establishment by the purchasing of a license, defendants and/or their agents, servants, workmen or employees illegally copied Plaintiff's NotesMedic™

-5-

software program between the years 2000-2007.

30. Upon information and belief, the defendants and/or their agents, servants, workmen and employees unlawfully downloaded and received the NotesMedic™ software program by misrepresenting itself as a "home user" to Plaintiff, enabling Defendant to download the program without paying the appropriate licensing fee between the years 2000-2007.

31. Upon information and belief, several of Defendant's employees downloaded NotesMedic™ by misrepresenting themselves as a "home user." Such instances occurred between the years 2000-2008.

32. By reason of the aforementioned conduct, the Defendant willfully violated 17 U.S.C. §501.

33. By reason of the aforementioned defendants' violation of 17 U.S.C. §501, plaintiff has a private right of action pursuant to 17 U.S.C. §501(b).

34. As a result of Defendant's willful infringement of Plaintiff's copyrights and exclusive rights under copyright, plaintiff is entitled to damages, under 47 U.S.C. §505 (c)(1) and (c)(2) of up to $150,000.00

35. Plaintiff is further entitled to its attorney fees and costs pursuant to 17 U.S.C. § 505.

## COUNT II COMMON LAW COPYRIGHT INFRINGEMENT

36. Plaintiff hereby incorporates by reference paragraphs "1" through "35", inclusive, as though fully set forth herein.

37. Plaintiff authored the first version of NotesMedic in the year 2000.

38. As its author, Plaintiff is entitled to actual damages for an copyright infringement.

39. Upon information and belief, Defendant illegally copied and downloaded Plaintiff's

software program and distributed Plaintiff's software to Defendant's subsidiary companies.

40. Defendants illegal copying and downloading of Plaintiff's program constitute infringement under Common Law Copyright.

41. In order to distribute NotesMedic to its subsidiary companies and download updates to said program, Defendant would have had to purchase a Global License and Purchase an annual Maintenance agreement.

42. It would have cost Defendant $95,992.00 to purchase the required Global License and annual maintenance agreement.

43. Plaintiff was damaged by Defendant's illegal Copyright Infringement in the amount of $95,992.00 in lost licencing and maintenance fees.

## COUNT III, VIOLATION OF COMPUTER FRAUD AND ABUSE ACT
## (18 U.S.C. SECTION 1030)

44. Plaintiff hereby incorporates by reference paragraphs "1" through "43", inclusive, as though fully set forth herein.

45. Defendant has violated the Computer Fraud and Abuse Act, 18 U.S.C. section 1030(a)(2)(C), by intentionally accessing a computer used for interstate commerce or communication, without authorization or by exceeding authorized access to such a computer, and by obtaining information from such a protected computer.

46. Defendant has violated the Computer Fraud and Abuse Act, 18 U.S.C. section 1030(a)(4) by knowingly, and with intent to defraud Plaintiff, accessing a protected computer, without authorization or by exceeding authorized access to such a computer, and by means of such conduct furthered the intended fraud and obtained one or more things of value, including but not limited to

Plaintiff's software.

47.     Defendants have violated the Computer Fraud and Abuse Act, 18 U.S.C. section 1030(a)(5)(A)(ii) & (iii) by intentionally accessing a protected computer without authorization, causing damage to Plaintiff, recklessly or without due regard for their actions.

48.     The computer system or systems that Defendants accessed as described above constitute a "protected computer" within the meaning of 18 U.S.C. section 1030(e)(2).

49.     Plaintiff has suffered damage and loss by reason of these violations, including, without limitation, harm to Plaintiff's data, programs, and computer systems and other losses and damage in an amount to be proved at trial, but, in any event, in an amount well over One Hundred Fifty Thousand and 00/100 ($150,000.00) Dollars aggregated over a one-year period.

50.     Plaintiff's unlawful access to and theft from Plaintiff's computers also have caused Plaintiff irreparable injury. Unless restrained and enjoined, Defendant will continue to commit such acts. Plaintiff's remedy at law in not adequate to compensate it for these inflicted and threatened injuries, entitling Plaintiff to remedies including injunctive relief as provided by 18 U.S.C. section 1030(g).

## COUNT IV, CONVERSION

51.     Plaintiff hereby incorporates by reference paragraphs "1" through "50", inclusive, as though fully set forth herein.

52.     Instead of paying Plaintiff for the use of its property, Defendant intentionally and willfully entered Plaintiff's website through its Single User License Agreement, however, then proceeded without permission and without purchasing a "Global License" and took possession of Plaintiff's property, including but not limited to, Plaintiff's confidential, proprietary, and copyrighted

Software, all of which Plaintiff stored on its computer system. Despite accepting the terms and conditions of the Single User License Agreement putting Defendant on notice as stated above in paragraph "26" of its violation, Defendant continued to improperly take possession of Plaintiff's property.

53. This property is the sole and exclusive property of Plaintiff. Plaintiff has an exclusive right to possession and distribution of such property, which is valuable to Plaintiff and vital to its continued business operations.

54. Plaintiff at no time consented, expressly or impliedly, to Defendant's copying, downloading, removal, retention, or distribution of such property.

55. Defendant has been in knowing and unauthorized possession and control of such property since at least between 2005 and the present. Since that time, at the latest, Defendant may have been obtaining unjust and substantial benefit from said possession and control without Plaintiff's consent and without paying Plaintiff for the value of such property.

56. Defendant's improper assumption and exercise of dominion and control over Plaintiff's property and their likely distribution of the same has and will continue to interfere with and diminish Plaintiff's rights in that property.

57. Allowing Defendant to retain the benefits received as a result of their wrongful acts would unjustly benefit Defendant at Plaintiff's expense.

58. As a direct and proximate result of Defendant's actions, Plaintiff has lost, and will continue to lose, profits from the sale of the proper license agreement and maintenance agreement. Defendant's wrongful conduct caused this harm to Plaintiff.

59. Plaintiff is entitled to an award of the value of the property taken, with interest, and other

damages in an amount to be proven at trial. In addition, or in the alternative, Plaintiff is entitled to damages and repossession of the converted property. Plaintiff will seek its election of remedies at trial.

## COUNT V, TRESPASS TO CHATTELS

60. Plaintiff hereby incorporates by reference paragraphs "1" through "59", inclusive, as though fully set forth herein.

61. At all times mentioned in this Complaint, Plaintiff had legal title to and actual possession of its Software as described above.

62. Defendant intentionally interfered with Plaintiff's use or possession of the Software housed for licensed access.

63. Defendant's trespass and interference proximately caused damage to Plaintiff, including, but not limited to, damage to Plaintiff's rights to dominion and control over its property, and damage to the confidential and copyrighted nature of the information on Plaintiff's website. As a result, Defendant caused Plaintiff's property to greatly diminish in value and deprived Plaintiff of revenue it would have received had Defendant purchased the appropriate license.

64. Plaintiff is entitled to recover any and all damages it sustained as a result of such trespass, in an amount to be determined at trial.

## COUNT VI, UNJUST ENRICHMENT

65. Plaintiff hereby incorporates by reference paragraphs "1" through "64", inclusive, as though fully set forth herein.

66. Defendant unjustly received benefits at the expense of Plaintiff through their wrongful conduct, including Defendant's trespass on, computer fraud concerning, and conversion of the

Software, which took substantial time and money for Plaintiff to develop. Defendant continues to unjustly retain these benefits at the expense of Plaintiff. It would be unjust for Defendant to retain any value they obtained as a result of their wrongful conduct.

67. Plaintiff is accordingly entitled to full restitution of all amounts in which Defendant has been unjustly enriched at Plaintiff's expense.

WHEREFORE, the plaintiff requests that judgment be entered in its favor and against defendant granting to plaintiff the following:

(a) Declare that defendant's unauthorized download of the NotesMedic™ software program, violated the Copyright Act and that such violations were committed willfully;

(b) On the first cause of action, statutory penalties in an amount in the discretion of this Court, of up to One Hundred Fifty Thousand and 00/100 ($150,000.00) Dollars as to defendant for its willful violation of 17 U.S.C. §501;

(c) On the second cause of action, damages in the amount to Ninety Five Thousand Nine Hundred Ninety Two and 00/100 $95,992.00 for Common Law Copyright Infringement;

(d) On the third cause of action, damages in the amount of One Hundred Fifty Thousand and 00/100 ($150,000.00) Dollars as to defendant for violation of Computer Fraud and Abuse Act;

(e) A preliminary and permanent injunction restraining Defendant, its officers, agents, servants, employees, and attorneys, and those in active concert or participation with any of them from: (1) accessing any Plaintiff website without Plaintiff's authorization or proper license in place; (2) selling, distributing, or using any property obtained from Plaintiff's website, including without limitation, Plaintiff's confidential, proprietary, and copyrighted Software, including data, internal documents, and valuable updates, patches, fixes, and other computer code; and (3) removing, downloading or copying property from Plaintiff's website without Plaintiff's authorization, including without limitation, Plaintiff's confidential, proprietary, and copyrighted Software, including data, internal documents, and valuable updates, patches, fixes, and other computer code;

(f) That the Court order Defendant to file with the Court and serve on Plaintiff within

thirty (30) days after the service on Defendant of such injunction a report in writing, under oath, setting forth in detail the manner and form in which Defendant has complied with the injunction;

(g) Attorney's fees, interest, costs of suit as to each defendant pursuant to common law and 17 U.S.C. § 505, together with such other and further relief as this Court may deem just and proper.

Dated: January 2, 2009
      Ellenville, New York          **CASSETICA SOFTWARE, INC.**

          By: /s/Julie Cohen Lonstein
                Julie Cohen Lonstein, Esq.
                Attorney for Plaintiff
                LONSTEIN  LAW  OFFICE,  P.C.
                Office and P.O. Address
                1 Terrace Hill : P.O. Box 351
                Ellenville, NY 12428
                Telephone:  (845) 647-8500
                Facsimile:  (845) 647-6277
                Email: Info@signallaw.com
                *Our File No. CAS07-1MN-1*

**EXHIBIT A**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG

**TXu 1—336—480**

TXu001336480

EFFECTIVE DATE OF REGISTRATION

| 22 | 07 |
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼  NotesMedic

NotesMedic PTO

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2** **a**

NAME OF AUTHOR ▼  CASSETICA SOFTWARE INC

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
If the answer to either of these questions is Yes see detailed instructions
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Development of Software Package

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
If the answer to either of these questions is Yes see detailed instructions
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
If the answer to either of these questions is Yes see detailed instructions
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3** **a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given ◀ Year in all cases.
2006

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶      Day ▶      Year ▶      ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
CASSETICA SOFTWARE INC
1479 W Erie St
Chicago, IL 60622

See instructions before completing this space

APPLICATION RECEIVED
JAN 2 2 2007
ONE DEPOSIT RECEIVED
JAN 2 2 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ____ pages

**EXHIBIT B**

CASSETICA SOFTWARE, INCORPORATED
ELECTRONIC END USER LICENSE AGREEMENT

NotesMedic™/NotesMedic Pro™ Single User License Agreement
This is in all the software that is downloaded


IMPORTANT:  This Cassetica Software, Incorporated ("Cassetica Software")
Electronic End User License Agreement (the "Agreement") accompanies the
Cassetica NotesMedic™ and NotesMedic Pro™ product and related explanatory
materials, as well as any upgrades, modified versions or updates of the
NotesMedic™ and NotesMedic Pro™ products (collectively, the "Software").  Please
read this Agreement carefully.  At the end, you will be asked to accept this
Agreement and continue to install or, if you do not wish to accept this
Agreement, to decline this Agreement, in which case you will not be able to use
the Software.

Upon your acceptance of this Agreement, Cassetica Software grants to you a
nonexclusive, nontransferable license to download and use the Software,
including any upgrades that Cassetica Software may make available from time to
time, EXCLUSIVELY FOR YOUR PERSONAL USE, provided that you agree to the
following:


GRANT OF LICENSE.
This is a legal Agreement between you and Cassetica Software, Inc.  The terms of
this agreement govern your use of the Software.  By installing the Software, you
agree to be bound by the terms of this Agreement.  If you do not agree to the
terms of this Agreement, immediately remove the Software from your computer.


USE OF THE SOFTWARE.
You may install the Software on a hard disk or other storage device for your own
personal use.  You also may make backup copies of the Software for your own
personal use.  Any such installations and backup copies must not be modified to
remove the Cassetica Software copyright notice from the Software.

NotesMedic™/NotesMedic Pro™ is free for home users and one user per company.
Any unauthorized use or copying of the Software, or use or installation of the
Software by more than one employee per company, is strictly prohibited by this
Agreement and by United States copyright law.  Should you intend to make any
copies of the Software for use by others within your company, or if any other
employee in your company already has downloaded or installed the Software, you
agree to purchase either The NotesMedic™/NotesMedic Pro™ Enterprise License or
NotesMedic™/NotesMedic Pro™ Global License, as your intended use dictates, prior
to installing or using the Software.


SOFTWARE VERSION UPDATE
If the Software is an Update to a previous version of the Software, you must
possess a valid license for such previous version in order to Use such Update.
All Updates are provided to you on a license exchange basis. You agree that by
Using an Update you voluntarily terminate your right to use any previous version
of the Software.


AUTO-UPDATE

The Software's auto-update processes transmit a limited amount of data to
Cassetica Software in order to enable Cassetica Software to assess respective
file versions for possible replacements, and to assess the validity of the
respective installations.  The data so transmitted does not include any personal
information.  The update process does not run without user intervention.


INTELLECTUAL PROPERTY RIGHTS.
All rights in the Software are owned by Cassetica Software, including, but not
limited to, all copyright and trade secret rights in the source code of the
Software and all trademark rights in the names NotesMedic™ and NotesMedic Pro™.
This Agreement should not be construed as a grant or license of any of Cassetica
Software's rights in the Software.


RESTRICTIONS.
You agree not to modify, adapt, translate, reverse engineer, decompile,
disassemble or otherwise attempt to discover the source code of the Software.
You may not otherwise alter or modify the installer program or create a new
installer for the Software.


DISCLAIMER OF WARRANTY.
The Software is being delivered to you as is and Cassetica Software makes no
warranty as to its use or performance.  Cassetica Software does not and cannot
warrant the performance or results you may obtain by using the Software.
Cassetica Software makes no warranties, express or implied, as to
noninfringement of third party rights, merchantability, or fitness for any
particular purpose.  In no event will Cassetica Software or its suppliers be
liable to you for any consequential, incidental or special damages, including
any lost profits or lost savings, even if a Cassetica Software representative
has been advised of the possibility of such damages, or for any claim by any
third party.


GOVERNING LAW AND GENERAL PROVISIONS.
This Agreement shall be governed exclusively by the laws of the State of
Illinois, U.S.A., including its conflicts of law rules.  This Agreement will not
be governed by the United Nations Convention on Contracts for the International
Sale of Goods, the application of which is expressly excluded.  If any part of
this Agreement is found void and unenforceable, it will not affect the validity
of the balance of the Agreement, which shall remain valid and enforceable
according to its terms.  In the event that a legal dispute arises regarding the
obligations imposed in this Agreement, including but not limited to any alleged
violation by you of Cassetica Software's copyrights in the Software, you agree
that exclusive venue and jurisdiction for such dispute shall lie solely in the
state and federal courts located in Cook County, Illinois, U.S.A.  You agree
that the Software will not be shipped, transferred or exported into any country
or used in any manner prohibited by the United States Export Administration Act
or any other export laws, restrictions or regulations.  This Agreement shall
automatically terminate upon failure by you to comply with its terms.  This
Agreement may only be modified in a writing signed by an authorized officer of
Cassetica Software.


NOTICE TO GOVERNMENT END USERS.

The Software and Documentation are "Commercial Items," as that term is defined
at 48 C.F.R. §2.101, consisting of "Commercial Computer Software" and
"Commercial Computer Software Documentation," as such terms are used in 48
C.F.R. §12.212 or 48 C.F.R. §227.7202, as applicable. Consistent with 48 C.F.R.
§12.212 or 48 C.F.R. §§227.7202-1 through 227.7202-4, as applicable, the
Commercial Computer Software and Commercial Computer Software Documentation are
being licensed to U.S. Government end users (A) only as Commercial Items and (B)
with only those rights as are granted to all other end users pursuant to the
terms and conditions herein.

Unpublished-rights reserved under the copyright laws of the United States.
Cassetica Software, Incorporated

Cassetica, NotesMedic™ and NotesMedic Pro™ are trademarks of Cassetica Software,
Incorporated.


If you would like information on our other related products, please check.

Web:        http://www.casseticasoftware.com
Email:      information@casseticasoftware.com

Voice:      800.380.8719
Fax:        312.546.3668

CASSETICA SOFTWARE, INCORPORATED
ELECTRONIC END USER LICENSE AGREEMENT

**NotesMedic™/NoteMedic Pro™ Enterprise License Agreement**

IMPORTANT:  This Cassetica Software , Incorporated ("Cassetica Software")
Electronic End User License Agreement (the "Agreement") accompanies the
Cassetica Software NotesMedic™/NotesMedic Pro™ product and related explanatory
materials(collectively, the "Software").  Please read this Agreement carefully.
At the end, you will be asked to accept this Agreement and continue to install
or, if you do not wish to accept this Agreement, to decline this Agreement, in
which case you will not be able to use the Software.

Upon your acceptance of this Agreement, Cassetica Software grants to you a
nonexclusive, nontransferable license to download and use the Software,
specifically excluding any upgrades that Cassetica Software may make available
from time to time, EXCLUSIVELY FOR YOUR OWN USE AND USE BY OTHER EMPLOYEES
WITHIN THE SAME LEGAL CORPORATE ENTITY, provided that you agree to the
following:

GRANT OF LICENSE.
This is a legal Agreement between you, on behalf of the legal corporate entity
by whom you are employed ("Licensee") and Cassetica Software, Inc.  The terms of
this agreement govern Licensee's use of the Software.  By installing the
Software, Licensee agrees to be bound by the terms of this Agreement.  If
Licensee does not agree to the terms of this Agreement, immediately erase the
Software from your computer.

USE OF THE SOFTWARE.
Licensee, though its employees, may install the software on the hard drives of
computers owned by Licensee and on Licensee's internal computer network, for use
by Licensee's employees.  Licensee and its employees may also make backup copies
of the Software for use by Licensee and its employees.  Any such installations
and backup copies must not be modified to remove the Cassetica Software
copyright notice from the Software.

Licensee may not copy or distribute the Software other than for use by
Licensee's employees on Licensee's internal network and computers.  Licensee
specifically may not make or distribute copies of the Software to affiliated
corporate entities, nor may Licensee download or install upgrades of the
Software without first entering into a NotesMedic™ Maintenance Agreement with
Cassetica Software.  Any unauthorized downloading, use or copying of the
Software or upgrades thereof is strictly prohibited by this Agreement and by
United States copyright law.  Should Licensee intend to make any copies of the
Software for use by affiliated corporate entities, Licensee agrees to purchase
the NotesMedic™ Global License prior to making such copies.

INTELLECTUAL PROPERTY RIGHTS.
All rights in the Software are owned by Cassetica Software, including, but not
limited to, all copyright and trade secret rights in the source code of the
Software and all trademark rights in the names NotesMedic™ and NotesMedic Pro™.

This Agreement should not be construed as a grant or license of any of Cassetica Software's rights in the Software.

RESTRICTIONS.
Licensee agrees not to modify, adapt, translate, reverse engineer, decompile, disassemble or otherwise attempt to discover the source code of the Software. Licensee may not otherwise alter or modify the installer program or create a new installer for the Software.

DISCLAIMER OF WARRANTY.
The Software is being delivered as is and Cassetica Software makes no warranty as to its use or performance. Cassetica Software does not and cannot warrant the performance or results you may obtain by using the Software. Cassetica Software makes no warranties, express or implied, as to noninfringement of third party rights, merchantability, or fitness for any particular purpose. In no event will Cassetica Software or its suppliers be liable to Licensee for any consequential, incidental or special damages, including any lost profits or lost savings, even if a Cassetica Software representative has been advised of the possibility of such damages, or for any claim by any third party.

GOVERNING LAW AND GENERAL PROVISIONS.
This Agreement shall be governed exclusively by the laws of the State of Illinois, U.S.A., including its conflicts of law rules. This Agreement will not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded. If any part of this Agreement is found void and unenforceable, it will not affect the validity of the balance of the Agreement, which shall remain valid and enforceable according to its terms. In the event that a legal dispute arises regarding the obligations imposed in this Agreement, including but not limited to any alleged violation by Licensee of Cassetica Software's copyrights in the Software, Licensee agrees that exclusive venue and jurisdiction for such dispute shall lie solely in the state and federal courts located in Cook County, Illinois, U.S.A. Licensee agrees that the Software will not be shipped, transferred or exported into any country or used in any manner prohibited by the United States Export Administration Act or any other export laws, restrictions or regulations. This Agreement shall automatically terminate upon failure by Licensee to comply with its terms. This Agreement may only be modified in a writing signed by an authorized officer of Cassetica Software.

NOTICE TO GOVERNMENT END USERS.
The Software and Documentation are "Commercial Items," as that term is defined at 48 C.F.R. §2.101, consisting of "Commercial Computer Software" and "Commercial Computer Software Documentation," as such terms are used in 48 C.F.R. §12.212 or 48 C.F.R. §227.7202, as applicable. Consistent with 48 C.F.R. §12.212 or 48 C.F.R. §§227.7202-1 through 227.7202-4, as applicable, the Commercial Computer Software and Commercial Computer Software Documentation are being licensed to U.S. Government end users (A) only as Commercial Items and (B) with only those rights as are granted to all other end users pursuant to the terms and conditions herein.

Unpublished-rights reserved under the copyright laws of the United States.

Cassetica, Incorporated

Cassetica, NotesMedic™ and NotesMedic Pro™ are trademarks of Cassetica Software, Incorporated.

If you would like information on our other related products, please ask.

Web:        http://www.casseticasoftware.com
Email:      information@cassetica.com

Voice:      800.380.8719
Fax:        312.546.3668
Date:       1/10/2007

CASSETICA SOFTWARE, INCORPORATED
ELECTRONIC END USER LICENSE AGREEMENT

NotesMedic™/NoteMedic Pro™ Global License Agreement

IMPORTANT: This Cassetica Software, Incorporated ("Cassetica Software") Electronic End User License Agreement (the "Agreement") accompanies the Cassetica NotesMedic™/NoteMedic Pro™ product and related explanatory materials(collectively, the "Software"). Please read this Agreement carefully. At the end, you will be asked to accept this Agreement and continue to install or, if you do not wish to accept this Agreement, to decline this Agreement, in which case you will not be able to use the Software.

Upon your acceptance of this Agreement, Cassetica Software grants to you a nonexclusive, nontransferable license to download and use the Software, specifically excluding any upgrades that Cassetica Software may make available from time to time, EXCLUSIVELY FOR YOUR OWN USE AND USE BY OTHER EMPLOYEES WITHIN THE SAME LEGAL CORPORATE ENTITY (the "Licensee") OR BY EMPLOYEES OF A PARENT, SISTER OR SUBSIDIARY COMPANY (the "Related Companies"), provided that you agree to the following:

GRANT OF LICENSE.
This is a legal Agreement between you, on behalf of Licensee and Cassetica Software, Inc. The terms of this agreement govern Licensee's use of the Software, as well as use of the Software by the Related Companies. By installing the Software, Licensee agrees to be bound by the terms of this Agreement. If Licensee does not agree to the terms of this Agreement, immediately erase the Software from your computer.

USE OF THE SOFTWARE.
Licensee, though its employees, may install the software on the hard drives of computers owned by Licensee and on Licensee's internal computer network, for use by Licensee's employees. Licensee and its employees may also make backup copies of the Software for use by Licensee and its employees. Any such installations and backup copies must not be modified to remove the Cassetica Software copyright notice from the Software.

The Related Companies, through their employees, may download and install the software on the hard drives of computers owned by the Related Companies and on the Related Companies' internal computer networks, for use by the Related Companies' employees. The Related Companies and their employees may also make backup copies of the Software for use by the Related Companies and their employees. Any such installations and backup copies must not be modified to remove the Cassetica copyright notice from the Software.

Licensee may not copy or distribute the Software other than for use by Licensee's employees on Licensee's internal network and computers, or for use by the Related Companies' employees on the Related Companies' internal networks and computers. Neither Licensee nor the Related Companies may download or install upgrades of the Software without first entering into a NotesMedic™/NoteMedic Pro™ Maintenance Agreement with Cassetica Software. Any unauthorized use or copying of the Software or upgrades thereof is strictly prohibited by this Agreement and by United States copyright law.

COPYRIGHT RIGHTS.
All rights in the Software are owned by Cassetica Software, including, but not limited to, all copyright and trade secret rights in the source code of the Software and all trademark rights in the names NotesMedic™/NoteMedic Pro™. This Agreement should not be construed as a grant or license of any of Cassetica Software's rights in the Software.

RESTRICTIONS.
Licensee agrees not to modify, adapt, translate, reverse engineer, decompile, disassemble or otherwise attempt to discover the source code of the Software. Licensee may not otherwise alter or modify the installer program or create a new installer for the Software.

DISCLAIMER OF WARRANTY.
The Software is being delivered as is and Cassetica Software makes no warranty as to its use or performance. Cassetica Software does not and cannot warrant the performance or results you may obtain by using the Software. Cassetica Software makes no warranties, express or implied, as to noninfringement of third party rights, merchantability, or fitness for any particular purpose. In no event will Cassetica Software or its suppliers be liable to Licensee for any consequential, incidental or special damages, including any lost profits or lost savings, even if a Cassetica Software representative has been advised of the possibility of such damages, or for any claim by any third party.

GOVERNING LAW AND GENERAL PROVISIONS.
This Agreement shall be governed exclusively by the laws of the State of Illinois, U.S.A., including its conflicts of law rules. This Agreement will not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded. If any part of this Agreement is found void and unenforceable, it will not affect the validity of the balance of the Agreement, which shall remain valid and enforceable according to its terms. In the event that a legal dispute arises regarding the obligations imposed in this Agreement, including but not limited to any alleged violation by Licensee of Cassetica Software's copyrights in the Software, Licensee agrees that exclusive venue and jurisdiction for such dispute shall lie solely in the state and federal courts located in Cook County, Illinois, U.S.A. Licensee agrees that the Software will not be shipped, transferred or exported into any country or used in any manner prohibited by the United States Export Administration Act or any other export laws, restrictions or regulations. This Agreement shall automatically terminate upon failure by Licensee to comply with its terms. This Agreement may only be modified in a writing signed by an authorized officer of Cassetica Software.


NOTICE TO GOVERNMENT END USERS.
The Software and Documentation are "Commercial Items," as that term is defined at 48 C.F.R. §2.101, consisting of "Commercial Computer Software" and "Commercial Computer Software Documentation," as such terms are used in 48 C.F.R. §12.212 or 48 C.F.R. §227.7202, as applicable. Consistent with 48 C.F.R. §12.212 or 48 C.F.R. §§227.7202-1 through 227.7202-4, as applicable, the Commercial Computer Software and Commercial Computer Software Documentation are being licensed to U.S. Government end users (A) only as Commercial Items and (B) with only those rights as are granted to all other end users pursuant to the terms and conditions herein.

Unpublished-rights reserved under the copyright laws of the United States.
Cassetica Software, Incorporated

Cassetica, NotesMedic and NotesMedic Pro are trademarks of Cassetica Software, Incorporated.


If you would like information on our other related products, please ask.

Web:    http://www.casseticasoftware.com
Email:information@casseticasoftware.com

Voice:   800.380.8719
Fax:      312.546.3668


**Cassetica Software Inc.**

By: _____

        (signature)

Name: _____

        (printed name)

Effective Date: _____

**Thank you for purchasing a NotesMedic™ Global Maintenance and Technical Support Subscription from Casetica Software Inc.**
NotesMedic™ Global Maintenance and Technical Support Subscription (the "Subscription") is a cost-effective support plan that provides you with unlimited upgrades and support for Cassetica Software's NotesMedic™ software product. Pursuant to the Subscription, any employee of the purchasing company or of any of the purchasing company's parent, subsidiary or sister companies may download any version of NotesMedic™ released within one year of the effective date of the Subscription.

**Cassetica Software's Technical Support is here for you.**
Our support group is dedicated to providing quality service. As an authorized technical support contact, you get unlimited access to our skilled support professionals via phone, e-mail, and through our website (http://www.casseticasoftware.com). Pursuant to the Subscription, any employee of the purchasing company or of any of the purchasing company's parent, subsidiary or sister companies can contact Cassetica Software Inc. for support within one year of the effective date of the Subscription.

Your plan details are listed below:

**Plan Dates:**                           From 09/30/2007  to 09/30/2008

**Authorized Contact:**          Randy Garcia
**Company Name:**               Exxon Mobile Global Services
**Contact ID:**                      108823
**Contact Type:**                   Primary Contact
**Phone:**                             713-656-6057
**Fax:**
**E-mail Address:**               j.randy.garcia@exxonmobile.com

**Cassetica Software Inc. Support Phone**          1-800-380-8719
**Cassetica Software Inc. Support E-mail**          support@casseticasoftware.com

**We recommend keeping this information with your records for future reference.**
You company will be automatically added to our support system. However, we recommend keeping a copy of this document for reference purposes

Again, thank you for your business, and welcome to Cassetica Software's Maintenance and Technical Support Subscription. We look forward to a successful plan period with you.